**Exhibit A to the Complaint**

**Location:** Sierra Madre, CA  
**Total Works Infringed:** 82  
**IP Address:** 104.35.163.216  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E43D3DBD997B075F8CCD349B054A080CF34C7EC1<br>File Hash:<br>B37A2D658643FA915981B2E38322FA2B612F40516B9122C9B4E1D32F608FF327 | 01/01/2024<br>14:33:06 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 2 | Info Hash: 34CC76B43FBE24DB3F65C03A03E91CBBB38A172E<br>File Hash:<br>B2521C074B7FEF2EEAA7C2AB71CEB66F1AFF94790B5F59013CAB3DF728A0DC4A | 12/31/2023<br>03:12:54 | Tushy | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 3 | Info Hash: 9AD0F352F5AEC92C771DBFB0D288A7B776A17A82<br>File Hash:<br>A9EAD776CFB45E1B7B1C9F1A31B68B2A5806BCE1B644590CD7E944F222F52946 | 12/31/2023<br>03:11:32 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |
| 4 | Info Hash: 5A6EE8E08E04C8CA77F090EBA9A159E1A9CEBA5E<br>File Hash:<br>64E8EBFE34DE220AA293CC3FA258BC17ABB972A08F61C9FE668E90074CC2C4E9 | 12/31/2023<br>03:09:41 | Tushy | 12/17/2023 | 01/16/2024 | PA0002449494 |
| 5 | Info Hash: 8A8F77477BF5B4A8A92F8B619FD0446B41D18D3E<br>File Hash:<br>34DB15DDCAF76C1CB055F290FD64E6B8B2E9C8A18B2241BDA49718772B433391 | 12/31/2023<br>02:57:58 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 6 | Info Hash: 16557BCD15641215923D44E6F90AC8218FCEBBCD<br>File Hash:<br>E866754655904AEB9E8C3424ACAC6DBD5405FB4AB77DB4597B96EDD2AC761125 | 12/31/2023<br>02:56:37 | Tushy | 12/24/2023 | 01/16/2024 | PA0002449496 |
| 7 | Info Hash: DA2C0BB48F75DBB6A0CC60DE2055159D50FB9873<br>File Hash:<br>F756AEF57379F5214AC1F87740AD1534A03015DE5EE1A971AFD9EAEA757475B7 | 12/31/2023<br>02:36:28 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 8 | Info Hash: E3AD008CF6F72A1EA42D846FDB4B6050EE77F2C1<br>File Hash:<br>5C37BB7A3F3D985923F7EFBCAC10AE600A15670E7F05E6DF340AD9A364BDC57D | 12/31/2023<br>02:28:49 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |
| 9 | Info Hash: 8DFF7DB9B678015C50B24AB9555C1A353B70AAD5<br>File Hash:<br>CDC018C7BB14C15C8969CD31E6DBE897D8CBACC83A522587E3291124D69C14B1 | 12/31/2023<br>02:25:45 | Blacked Raw | 03/10/2023 | 04/07/2023 | PA0002405760 |
| 10 | Info Hash: F2048C51EB033420AC4F97A1C9B891FB20A5C1A8<br>File Hash:<br>FC0A49FF77847D4571E7F0F72AA92C146C36134CBBBF599A6D9557F2784D005C | 12/31/2023<br>02:25:29 | Blacked Raw | 03/05/2023 | 04/07/2023 | PA0002405735 |
| 11 | Info Hash: 90AFFF386F3E707DC1F88FB794F7A0C873010C12<br>File Hash:<br>92F37124BCDDB0D0D81A30BEC4A116E774E9939801246466DDE340FEE46762E3 | 12/31/2023<br>02:18:34 | Vixen | 05/06/2022 | 05/20/2022 | PA0002350383 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: EECE57AA743268C5FC79CBC0BF1AA6F8910486CE<br>File Hash: C31F7B9D6D763E939961F4B4A2781C1A1606A1A62673DE56E8B9E350AF1A4ABE | 12/31/2023 02:15:47 | Blacked Raw | 02/03/2023 | 03/08/2023 | PA0002400564 |
| 13 | Info Hash: 1607A2B7A4F400058A3F973D43D21D9E80B69E42<br>File Hash: B5CB131F6FDC264AF909A08A21291B064D7D75B05D4BAE2E8DD56DEA1C55967D | 12/31/2023 02:15:26 | Blacked Raw | 01/04/2023 | 01/10/2023 | PA0002389594 |
| 14 | Info Hash: 2DC58CFBD3BAAF7A42D6FC6AEB5F5D8D2D042EF1<br>File Hash: 24366EBF647B28279CFAB8FB8E53A8AF0966DCD04A719F12F33F5EACE7888A3C | 12/31/2023 02:14:51 | Blacked | 04/29/2023 | 05/17/2023 | PA0002412011 |
| 15 | Info Hash: B819CDCF677BC264E11AB2E77E74A5306A3CDF23<br>File Hash: 8FC376BF32E8B0D2B474647F00F0C1BCF55E6E339B9509C0180F919D74E6B9B6 | 12/31/2023 02:02:31 | Vixen | 01/27/2023 | 04/13/2023 | PA0002406898 |
| 16 | Info Hash: E564D64670E37A0C2915F00AC568280C74B0B131<br>File Hash: 631E6AC0078EBB5FE01A957ADADA029D3F6F34DF3A9D2A442B9DAAA60E80A4C2 | 12/31/2023 02:00:42 | Blacked | 04/22/2023 | 05/15/2023 | PA0002411285 |
| 17 | Info Hash: 26E821B4CF7E45ABBF596050F2D3934134B8DF98<br>File Hash: B4FDDD992074A8901626074490A85C6C3C48E6E877F096FC2B44D33CAF4CD001 | 12/31/2023 01:56:38 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |
| 18 | Info Hash: 4F525D3C5D9C825D5DD47BD3DF122E8A5E4D23C5<br>File Hash: F074EDA0951783D39226E050B8D0F985927890BDB806A995F04ECB2C1CD66573 | 12/31/2023 01:42:20 | Blacked | 02/18/2023 | 04/13/2023 | PA0002407766 |
| 19 | Info Hash: 29D078E881FB03AAE78B1162B8509EBD384F1B30<br>File Hash: 16BDF7FEA33DF99C8E78C1EA7F8EF121A19CD92B598F2D78EE7CD96B89CC3D01 | 12/31/2023 01:41:43 | Blacked Raw | 11/30/2022 | 01/10/2023 | PA0002389625 |
| 20 | Info Hash: C2659E90F7FF298BF350AEEE427C7622DD047061<br>File Hash: 03B4A285685310687FFE8132ECADDD3B536D73EE9E1980DAE77C286CB8D1C76A | 12/31/2023 01:34:55 | Blacked Raw | 01/09/2023 | 01/27/2023 | PA0002393075 |
| 21 | Info Hash: 4F91937BB9ECD40B7D405E30EAFE75B4C8FDBC33<br>File Hash: 7E427F98F1CB8DB123928849A0348E82D2E029AC4BF62EFD3693AF902DCD92F8 | 12/31/2023 01:34:35 | Blacked Raw | 01/24/2023 | 01/27/2023 | PA0002393074 |
| 22 | Info Hash: 3E5FD98BECE00825968EDE92D4378E5EB60EA425<br>File Hash: 05C139030B9B146230C498E4E6FA5AAB3254CDF9E7E2C0B2247AB332CF9B5CFE | 12/31/2023 01:31:46 | Blacked Raw | 12/30/2022 | 01/09/2023 | PA0002389573 |
| 23 | Info Hash: F6A9CDEE519ACE575A918928AAC05AAC98205E3A<br>File Hash: A08DA68F94AC5F4871830D3C2B5AF0E7B3CEB05BF10FD9829782B0F7F5E0B46C | 12/31/2023 01:24:27 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BE036527CAF1BBFEDAEF158027BB0C85D9AB107F<br>File Hash: EF1C759314AC479ECE2A21CDFEFC849219F0321BA1D8F4617D71C578CE2B08EB | 12/18/2023 01:24:04 | Slayed | 08/26/2021 | 09/08/2021 | PA0002316103 |
| 25 | Info Hash: F347F210A5277F7A7D6D4A2F4C597F4D26072821<br>File Hash: 20FE3A9931060EE0FB92DC82EF5962ED7BDA04A528E18C90B3F7444C13891444 | 12/18/2023 00:39:40 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 26 | Info Hash: EF6483EC2067B2B5CF738E76CB16CD5312C5C1CD<br>File Hash: 0DBAC5EC591467C2A3CC42435990048939177D60E81E9F1BD40BD8457D81D9D0 | 12/17/2023 02:39:39 | TushyRaw | 12/13/2023 | 01/16/2024 | PA0002449498 |
| 27 | Info Hash: 29C1FA9A61040FF5D0DB97AFCD2FA3FB20117C1A<br>File Hash: 2CB223F7BEE28233C270F79422C5C3459CA01BFCAF3D942BF6454A61BD1FD49B | 12/17/2023 02:03:51 | Slayed | 08/15/2023 | 12/07/2023 | PA0002444363 |
| 28 | Info Hash: DB01E1E6BD694F939A5085E9D5761B208894C8C9<br>File Hash: A0E04BCA53284356A7CD416EA617142F821ACB5BE89BDEE137F5DD0008F4DEAE | 12/17/2023 02:02:11 | Slayed | 08/30/2022 | 09/22/2022 | PA0002378449 |
| 29 | Info Hash: 48EABEAF7F639F7B06A25612D2F526AAAB7F69DD<br>File Hash: 3AC026E1E9DF25E8E8A55DAA214CCCFD279E83C757ACF00E2060B466CA07DF20 | 12/17/2023 01:51:27 | Slayed | 11/18/2021 | 12/03/2021 | PA0002333376 |
| 30 | Info Hash: B97DD1A325929F8C3DCBB5DA17068C9B1BEE62F8<br>File Hash: 000EDE691ADFC99A0560FEA2CB4314A4A0450671EF700FC274A496524B4CF6AC | 12/17/2023 01:49:18 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 31 | Info Hash: AA2586EB25B35F06D5EBCCEF7DF722A8E056D585<br>File Hash: 7F8F494EDDB8C59F90FBB9FAFB6731D917CDBE8920717CCBEC2229EE1DB29B1A | 12/17/2023 01:43:38 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 32 | Info Hash: 1A8ED9AC20737E72C5D2F022E0341A5FADBE4C0B<br>File Hash: A3730BCB9CE97B416A07D8215D415E6F4396E048E89035F9DFB8EC80D073C3FF | 12/17/2023 01:42:50 | Slayed | 06/28/2022 | 07/21/2022 | PA0002367493 |
| 33 | Info Hash: EE48826BEE76BFBDA65E6DEC93375E1C2AABA350<br>File Hash: 44EA7991FC87691EECA1B42F7B640C88858A4CE5DD65B23263C1FEACDF52267E | 12/17/2023 01:39:47 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 34 | Info Hash: E5325D53D63C18B29AA57D1FEB9809C7530ED5FB<br>File Hash: D6C5D5F4FEE5432558E9DE4908AFF7B2C1B24D1BD5BE27176567161B24A11875 | 12/17/2023 01:28:42 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 35 | Info Hash: 3F7EF051293DEC49207FB5A81B603A8445CC423E<br>File Hash: 9F5F3F3A44AC5D91AF6D8F665F3838060DF93A617F5C2C9AFD694FB9D0D31C38 | 12/17/2023 01:17:40 | Slayed | 01/18/2022 | 02/03/2022 | PA0002341748 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: DC440913B52CDA3DE1121FF8E54730015A5EFD4D<br>File Hash: 41EFBA32905D28CCEC5FBC40A374ED28F8F6EB66CD6BAF4567A8868E859A757D | 12/17/2023 01:10:40 | Slayed | 05/10/2022 | 06/09/2022 | PA0002361671 |
| 37 | Info Hash: 5463B22039FE88EE5C801168F197E1394445AAE6<br>File Hash: 37C524CFB5570685174255E1CF000E3AB2E8766452F2B4DD32CFE926180FB0A6 | 12/17/2023 01:09:09 | Slayed | 08/05/2021 | 09/08/2021 | PA0002316094 |
| 38 | Info Hash: 6F6F811798C7F80D5051C5DFA9530942C551EB06<br>File Hash: 4602BAE614A02B18E134D732F2CD85E95DA03679C0676867EB338C00289B0AED | 12/17/2023 01:06:55 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 39 | Info Hash: 21118CFE9535F29FD38F8978B4E8DD33A704E174<br>File Hash: 464C3CE9459E5AFD1A856694917A660CF7053A4E05C47A97CAFF57FA587FB6B2 | 12/16/2023 04:04:45 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 40 | Info Hash: 9CDE4A99ED26ED34A8F315D729C97A2B0925C756<br>File Hash: 8DF6BAD6A0F002A11273C01EF0446E8448F3C8E28ECF2E64BFD7C816507E4BB8 | 12/13/2023 22:56:07 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 41 | Info Hash: 94AD2C83BE2DF8BC106DC697C70E77F58CC7F94B<br>File Hash: 089310BD25FA1C144A6C458F5A21338C825A065FFF648779159EF9E08140E479 | 12/13/2023 20:28:23 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 42 | Info Hash: 5D10D980CBE0BAC8BAC07119872F66547A0B9865<br>File Hash: 3C816DA8AC98C57DF45BB923EC947747CC5AEEC212A0A587C140528D84A4C62B | 12/12/2023 02:00:12 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 43 | Info Hash: E3DD78FE51A4166333F4BE80961025A2379FB185<br>File Hash: 8487D7718FECD389C2BB8AF995299C7AF91045B5A9FC428ACD2E09712E34C862 | 12/10/2023 04:40:55 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 44 | Info Hash: 9BCAE95226F5A8499844714660B5FFB0AE7A09B1<br>File Hash: C87566C2C2AE5511D62EFE25F149653EA9F6619BC04088E2F4CC2DE9F34D8444 | 12/10/2023 01:09:21 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 45 | Info Hash: 484DB5F403663D87892BE990FB0316BF42B6E675<br>File Hash: E986E08235B4745DE24F8B909C691032D01F20FFC4512CCDFE7A7A17065398DD | 12/05/2023 21:56:11 | Blacked Raw | 04/14/2023 | 05/14/2023 | PA0002411257 |
| 46 | Info Hash: D2DBD66DA834770AF5847545F3B52C3B0894DF8B<br>File Hash: 8CADC39E3B425E99968824C7EF11AAB1FD620F58E185FF21DC23B5507936F156 | 12/05/2023 21:25:32 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 47 | Info Hash: DE91259E7D7785279B848B482261713E61BA6B3F<br>File Hash: 1C78CB5F51E91267233FBFCD948D67ABC23BF113C5DFAD7DD0448C8906EC7E40 | 12/05/2023 05:40:25 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 3975B39752D913AEAE47AA80BCED6270862352A2<br>File Hash: 65D2FCC102FEDAB588C2CA7D11825FE40A25C0D49BB2555AC954B2A839F1B0D3 | 12/05/2023 02:21:43 | Blacked Raw | 02/13/2023 | 03/06/2023 | PA0002399991 |
| 49 | Info Hash: BC8DAF6D3723C89362ED5F87B500902357942EF6<br>File Hash: 07434B0879BC59F6FBBFD0E71BB7A617DC0C3F551714DD11CEE8D67566B46F52 | 12/02/2023 20:06:15 | Blacked Raw | 07/12/2021 | 09/21/2021 | PA0002312676 |
| 50 | Info Hash: 03D79322D697DAE9A54376C90474E63B5065283B<br>File Hash: 767010A7FCAB76E2DBEB960D1C4E434A0A416CE71069DE9BFE6D08824FE01C16 | 12/02/2023 19:43:01 | Vixen | 01/14/2020 | 02/03/2020 | PA0002236203 |
| 51 | Info Hash: 9572D48BA06A569B54604D7980583FDAA661E814<br>File Hash: 052A23448D6A70B4B9EFA11D49DDCCA9E39F983FE31C2C8CC13A1F09A715C06E | 12/02/2023 19:32:59 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 52 | Info Hash: D4D65C17DEBB0BA9AE626245E1F56F24E3ADE855<br>File Hash: 245DF9608E5C1CD2B5825820EB4D95A7427D78C3D12631AFF312E33E15B21204 | 12/02/2023 19:23:44 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 53 | Info Hash: 8A59D3990864D52D6A73192AB624D1342FE93D91<br>File Hash: 945F49AF48164B4D713952129D915C10C3A70C195EEF74207C59B5C3DF848B80 | 12/02/2023 19:17:15 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 54 | Info Hash: 6742F51417E400EEB56584B73B970A2B605FD713<br>File Hash: 87057131412E85764CE435473F0C2F26E3C28174AB560094D97ACF1BE19B4181 | 12/02/2023 18:39:13 | Blacked Raw | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 55 | Info Hash: A73E6755DEB9F369429F7A85D300C74C4EEDF847<br>File Hash: ABCBDE05025359E4374E1A031FCCCD6283268A7E2D2C42C5240DBC6634A853F9 | 12/02/2023 18:38:49 | Blacked | 07/16/2022 | 07/22/2022 | PA0002359474 |
| 56 | Info Hash: 539D1477F746E8C779113E444C268FD80A2A47AC<br>File Hash: C0B08F439EE8ED296F3B3B470446F8D3F49AF7FED894E920D5E7E383DED6718A | 12/02/2023 18:28:34 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 57 | Info Hash: 1266E6C80FCE64D56CAAFF2A2046D17E0030659C<br>File Hash: 290CF7800F51BDF207E7B7D8C4B0688D528A20E42A1EBD1AC51AA8DCD119BCF2 | 12/02/2023 18:23:08 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 58 | Info Hash: E525D559E5C785C276C8E68BDBC632B62CA68818<br>File Hash: DB805E612D166251C8C2B753DE984636EBBD224998288FDA4817D756AA9A9617 | 12/02/2023 17:16:05 | Blacked Raw | 03/30/2023 | 04/07/2023 | PA0002405733 |
| 59 | Info Hash: 741A2EA11493D9E617F419F57C1B983AD8F7D3FB<br>File Hash: AA5110BB1D651493DEABB7634DB53FD2AA04C2FCD02B02A6EF0579824D7E2016 | 12/02/2023 16:55:14 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: C0BEBBDF2F9A22BEA3EC494B19C33D0BC47529DC<br>File Hash: C92762E8DB0D954FDC69887D8382B5D6C73C93363E5A7DAE40B0D52D5C88AE5C | 12/02/2023 16:41:11 | Blacked Raw | 04/29/2023 | 05/14/2023 | PA0002411313 |
| 61 | Info Hash: 43230293E06A0C61D33E699F66138D48FDA0B5B4<br>File Hash: 4693603C080BBC8918E8AA233590A7927081457D8568ACBF0D1E97793254EE85 | 12/02/2023 16:12:53 | Blacked Raw | 06/23/2023 | 07/13/2023 | PA0002420356 |
| 62 | Info Hash: 0AFB482EE93BC95474CE8791B8F929CE548B9FAF<br>File Hash: 95F5935032E5A44172585821F0E35395E23992B9B19D7176A7E90E472A5D7101 | 12/02/2023 16:06:45 | Blacked Raw | 06/13/2023 | 07/13/2023 | PA0002420359 |
| 63 | Info Hash: 8E0C36006D3163E78AAB82A6FD6137412689A13F<br>File Hash: 2AB93B785D72E2275D4DDB4FD3549C32AB68F331258E2D3C3C98D2EB38C036A1 | 12/02/2023 13:06:32 | Vixen | 12/01/2023 | 12/13/2023 | PA0002445428 |
| 64 | Info Hash: 0446D54B8CEE57E5F4292F9C18A7AA99AB6B30B7<br>File Hash: 6E9C38E7B3666F391AD8391D3D7E3EEBD2CC1116233B2542F229AD4F4814606C | 11/27/2023 22:23:02 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 65 | Info Hash: 3969E51994C529BD3B4ACB1D5BA0079373153FD2<br>File Hash: 579827D81E84E5046679EC0BCFDD953677A2CF1CD4DA97B0A930FA9BA1B4E4EC | 11/27/2023 09:19:45 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 66 | Info Hash: BBF78143673AB05C1C12A9FCBA386B17990A9CAA<br>File Hash: 5B7E42DE357CD3BF009B2E32A80DD8270D6BF529D1868AEA1A7D6FB2135EF977 | 11/23/2023 15:31:39 | TushyRaw | 11/22/2023 | 12/13/2023 | PA0002445429 |
| 67 | Info Hash: ED45608D4895328760B4FA1746BA3C1248C664E1<br>File Hash: C301F65FB893D00BA76A53CAA557D2B3D3A65DAAA39015C18760D4267BD84A73 | 11/22/2023 15:18:11 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 68 | Info Hash: CF8DF5CB0070B460C39D45CF04556DB3B69101A8<br>File Hash: E82B61557F8BFC01FC1B59874BC69D0F3B5D292DDB568117870333AEA049FB68 | 11/20/2023 13:03:54 | Tushy | 11/19/2023 | 12/12/2023 | PA0002445179 |
| 69 | Info Hash: 6570146ED9CEAB99429EBF89BB91CB9DF96415FE<br>File Hash: 59E824D7078207341EEC64B39C5CC193ADA6F406A4C29563595B64C795F67763 | 11/18/2023 21:11:05 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 70 | Info Hash: CECB0C390589C3B35B307BD1D34CCC2A53DDB44A<br>File Hash: 9010172EA0A7A81FA30231555785F3D9545303C46F9B5128E882F0C2C2FA2FA8 | 11/17/2023 21:39:17 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 71 | Info Hash: A410F6B146C776917193C56D9BF68B03954D5934<br>File Hash: E59287E8E72F473936D3CC91E93DBCABDCA08195A6F601376F7CA6EB0852CD06 | 11/15/2023 20:14:08 | Blacked Raw | 12/10/2022 | 01/10/2023 | PA0002389572 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 19E87220EC7F4F98D4F8A748486699D1B7E43FDB<br>File Hash: 357F18FF71127816AD4FA09132BBF6E37BF9EC5ECA1689E2D8C2C4C152F76C1C | 11/15/2023 03:52:38 | TushyRaw | 11/08/2023 | 11/14/2023 | PA0002439690 |
| 73 | Info Hash: 849F7A50024675FDB351140B427F698E4C82358A<br>File Hash: 0D154F618830390CE4DFDF4D535F59CA90BB87814627B722740A1440E805E82F | 11/14/2023 19:13:08 | Vixen | 11/10/2023 | 12/13/2023 | PA0002445427 |
| 74 | Info Hash: 612631BA3B578EADB899604ECB69D4CA0AB5014C<br>File Hash: 427BC1D44A182B45A17CF04B87A2AE69C8712C646210CAE6B0FE1A6F29297AC4 | 11/11/2023 22:46:22 | Slayed | 11/11/2021 | 12/03/2021 | PA0002333373 |
| 75 | Info Hash: 8F5A98819C51B7E72E64374776EB18A9ADE6BBD2<br>File Hash: 16231DBF134931C6D97A4E840DFD8A7E7E179F2E9BE5F0CF75F819A7D04D2E85 | 11/09/2023 10:53:35 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 76 | Info Hash: BD192D923A2223E648936297FB707EE91E0FD5A4<br>File Hash: 0FA62212B0E75B882228DD3D619DDBFAE3038C9A0095114697F8571A95C7B3A5 | 11/09/2023 10:41:32 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |
| 77 | Info Hash: D6920346E4371E11276A0E5DFDF6776BEFE9C10F<br>File Hash: 5E3CDA53F797361D70A84FD7E3B93C94ED46D9C313DBB155F1C79BD09CC9FB46 | 11/09/2023 10:36:16 | Tushy | 11/05/2023 | 11/13/2023 | PA0002439640 |
| 78 | Info Hash: 488B92D0F7C28E9419245CFD3C0C6A3AC42682C0<br>File Hash: B5C26EC28BD554FE9799E5419A903192F93087B34745104CBA0A9BA0C68557F9 | 11/09/2023 10:31:32 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 79 | Info Hash: ECC8E9D112BEA618EF61C10118BA86B15211AFD3<br>File Hash: 9C49DDD8036C946C03C8C1CC98DD3DC0291621AD22468A97116DCFEC71C30A5D | 11/09/2023 09:58:33 | Slayed | 10/31/2023 | 12/07/2023 | PA0002445808 |
| 80 | Info Hash: 6B7D5D9EC0B45EB78F24F249AC49C8BC4489257F<br>File Hash: DBA6F95E2A4EDE556BD6E0F6BE985A32071A961CAE120ECC6F367F3D38FE84DB | 11/09/2023 09:41:05 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 81 | Info Hash: C44410D7B9C4645D783DCCB9F9BFBBF692290D27<br>File Hash: 7BFA14D59D50EC1B85DADAC2A59CE80B3A4E75C3800E972697398A4E0641DB67 | 11/06/2023 23:59:59 | TushyRaw | 11/01/2023 | 11/14/2023 | PA0002439668 |
| 82 | Info Hash: 6C562AF6E3BEA3EDEBEEFA9B3C01F7170AFE65D9<br>File Hash: 147BFC1BDF4A79D3BEC7E3AB0F782CFE75D0485E59B7842DB1D435ACB266AD82 | 11/06/2023 23:37:56 | Vixen | 11/03/2023 | 11/14/2023 | PA0002439696 |